## Commonwealth ex rel. Redding, Appellant, *v.* Rundle.

Submitted September 13, 1965. *David Redding,* appellant, in propria persona; *Ralph B. D'Iorio,* Assistant District Attorney, *Domenic D.*

*Jerome,* First Assistant District Attorney, and *Jacques H. Fox,* District Attorney, for appellee.

Order affirmed.